THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAIRHAVEN HEALTH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BIO-ORIGYN, LLC, JOANNA ELLINGTON, AKA JOANNA CLIFTON, AND DENNIS CLIFTON, <br><br> Defendant. | Case No. 2:19-cv-01860-RAJ <br><br> **ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE FOR DISCOVERY PURPOSES** <br><br> Noted for Consideration: March 19, 2020 |

NOW, THEREFORE, IT IS HEREBY ORDERED, that the Fairhaven Action and the BioOrigyn Action (Case Nos. 2:19-cv-01860-RAJ and 2:20-cv-00285-RAJ, respectively) be consolidated for discovery purposes only. The consolidated case will bear Case No. 2:19-cv-01860-RAJ as the lead case number.

IT IS SO ORDERED this 23rd of March, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION TO
CONSOLIDATE FOR DISCOVERY PURPOSES - 1
CASE NO. 2:19-CV-01860-RAJ