UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAIRHAVEN HEALTH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BIO-ORIGYN, LLC, JOANNA ELLINGTON, AKA JOANNA CLIFTON, AND DENNIS CLIFTON, <br><br> Defendant. | Case No. 2:19-cv-01860-RAJ <br><br> **ORDER GRANTING MOTIONS TO SEAL** |

This matter is before the Court on Plaintiff's motions to seal. Dkt. ## 2, 16. The motions are unopposed. For the following reasons, the Court **GRANTS** the motions.

"There is a strong presumption of public access to the court's files." Western District of Washington Local Civil Rule ("LCR") 5(g). "Only in rare circumstances should a party file a motion, opposition, or reply under seal." LCR 5(g)(5). Normally the moving party must include "a specific statement of the applicable legal standard and the reasons for keeping a document under seal, with evidentiary support from declarations where necessary." LCR 5(g)(3)(B).

Under LCR 5(g), whichever party designates a document confidential must provide a "specific statement of the applicable legal standard and the reasons for keeping a document under seal, including an explanation of: (i) the legitimate private or

ORDER - 1

public interest that warrant the relief sought; (ii) the injury that will result if the relief sought is not granted; and (iii) why a less restrictive alternative to the relief sought is not sufficient." LCR 5(g).

Upon review of the briefings of the parties and the remainder of the record, the Court finds that the parties have demonstrated compelling reasons to file the identified documents under seal. *Kamakana v. Cty. of Honolulu*, 447 F.3d 1172, 1178-81 (9th Cir. 2006). The Court has reviewed the documents and finds that they contain sensitive proprietary and confidential business information. *See Moussouris v. Microsoft Corp.*, No. 15-cv-1483 JLR, 2018 WL 2124162, at *2 (W.D. Wash. Apr. 24, 2018). The Court agrees that the parties' interests in protecting their confidential business information outweighs the right of public access. *Douglas v. Xerox Bus. Servs.* LLC, No. C12-1798-JCC, 2014 WL 12641056, at *1 (W.D. Wash. Apr. 11, 2014). The Court also finds the proposed redacted version of the complaint, which is to be filed on the public docket, to be reasonable. Accordingly, Plaintiff's motions to seal are **GRANTED**. Dkt. ## 2, 16.

DATED this the 30th day of March, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2